**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Fax: (480) 287-9607
gstickell@garystickell.net

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** <br><br> JOHNNA E ENGQUIST and DONALD H ENGQUIST <br><br> **Debtor.** | Chapter 13 Proceeding <br><br> **No.** 2:16-bk-10799-MCW <br><br> **APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL** <br> (Flat Fee for Completion of Chapter 13) |

    Gary R. Stickell, Attorney at Law, P.C. (hereinafter "Attorney") counsel for Debtors, JOHNNA E ENGQUIST and DONALD H ENGQUIST (hereinafter "Debtors") presents its First Application for Compensation by Professional.

    **Attorney Application for Payment of Attorney Fees.** Counsel for the Debtor received $2,000 retainer prior to commencing his representation, to be applied against fees and costs incurred. Fees and costs exceeding the retainer shall be paid from funds held by the Chapter 13 Trustee as an administrative expense. Counsel will be paid as selected in paragraph (1) or (2) below:

    (1)    **Flat Fee**. Counsel for the Debtor has agreed to a total sum of $2,000 to represent the Debtor. Counsel agreed to perform and has performed the

following services through confirmation of the plan:

- ☐ All of the below, except Additional Services.
- ☒ Review of financial documents and information.
- ☒ Consultation, planning, and advice, including office visits and telephone communications.
- ☐ Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
- ☐ Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
- ☐ Attendance at the § 341 meeting of creditors.
- ☒ Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
- ☒ Reviewing and analyzing creditor claims for potential objections, and attendance at hearings.
- ☒ Responding to motions to dismiss, and attendance at hearings.
- ☒ Responding to motions for relief from the automatic stay, and attendance at hearings.
- ☒ Drafting and mailing of any necessary correspondence.
- ☒ Preparation of proposed order confirming the plan.
- ☐ Representation in any adversary proceedings.
- ☒ Representation regarding the prefiling credit briefing and post-filing education course.

\* \* **Those boxes unchecked reflect events prior to Counsel's Representation.**

**Additional Services.** Counsel for the Debtor has agreed to charge a flat fee for the following additional services provided to the Debtor after confirmation of the plan:

- ☒ Preparation and filing of Modified Plan $ 750 .
- ☒ Preparation and filing of motion for moratorium $750.
- ☒ Responding to motion to dismiss, and attendance at hearings $ 750.
- ☐ Defending motion for relief from the automatic stay or adversary proceeding $750.
- ☒ Preparation and filing of any motion to sell property $750
- ☒ Other: _____

All other additional services will be billed at the rate of $350 per hour for attorney time and $75 per hour for paralegal time. Counsel will file and notice a separate fee application detailing the additional fees and costs requested. Counsel will include *all* time expended in the case in the separate fee application.

- 2 -

(2) **Hourly Fees.** For hourly fees to be paid as an administrative expense, counsel must file and notice a separate fee application detailing the additional fees and costs requested. The application must include all time expended in the case. Counsel has agreed to represent the Debtor for all services related to the Chapter 13 bankruptcy to be billed at the rate of $350 per hour for attorney time and $75 per hour for paralegal time.

Counsel requests Court approval of compensation of $2,000. Counsel received $2,000 prior to appearing in this case and will be paid $0 by the Chapter 13 Trustee.

DATED: October 20, 2017

GARY R. STICKELL,
ATTORNEY AT LAW, P.C.


By: G.R.S. #7512
Attorney for Debtors

Original Electronically
filed October 20, 2017

Copy of the foregoing
mailed October 20, 2017, to:

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85067-3970

 /s/G.R.S. #7512

- 3 -