# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JOHNNA E & DONALD H ENGQUIST |
| **Case Number:** | 2:16-BK-10799-MCW  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 19, 2017 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## *Matters:*

1) CONTINUED HEARING ON DEBTORS' OBJECTION TO AMENDED PROOF OF CLAIM #2-2 FILED BY DUETSCHE BANK NATIONAL TRUST AND RESPONSE THERETO
   **R / M #:** 49 / 0

2) CONTINUED HEARING ON DEBTORS' OPPOSITION TO TRUSTEE'S DISMISSAL ORDER
   **R / M #:** 43 / 0

## *Appearances:*

EDWARD MANEY, TRUSTEE
GARY STICKELL, ATTORNEY FOR JOHNNA & DONALD ENGQUIST

## *Proceedings:*

# 1

Mr. Stickell advised he spoke with Mr. Neil, whom is waiving his appearance today, and debtors are going to withdraw their objection to Mr. Neil's client's claim.

# 2

Mr. Stickell stated he anticipates providing documents to the trustee by Monday or Tuesday of next week. He advised the trustee is allowing 15 days to comply and failing that, the trustee could lodge an order of dismissal. He confirmed plan confirmation can move forward since the debtor is withdrawing their objection to claim.

Mr. Maney agreed with Mr. Stickell.

The court notes the parties have stipulated to the trustee uploading an order dismissing the case within 15 days of today's hearing date if the trustee's office has not received what it needs to move forward with the stipulated order of confirmation.

COURT: IT IS ORDERED APPROVING THE PARTIES' STIPULATION AND AGREEMENT. IF A STIPULATED ORDER OF CONFIRMATION IS NOT SUBMITTED TO THE TRUSTEE, THEN MR. MANEY'S OFFICE IS AUTHORIZED TO UPLOAD A FORM OF ORDER DISMISSING THIS CASE.